

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:     Alex Melvin Wade, Jr. v. Chevron U.S.A., Inc.

Appellate case number:   01-19-00604-CV

Trial court case number: 2017-40619

Trial court:             189th District Court of Harris County

       Appellant Alex Melvin Wade, Jr.'s motion to proceed i*n forma pauperis* is GRANTED.

       It is so ORDERED.

Judge's signature:     _____/s/ Russell Lloyd_____
                      Acting individually


Date: ____September 19, 2019_____